**JS6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD NANCE,<br><br>      Plaintiff,<br><br>vs.<br><br>TIME WARNER CABLE, INC., a corporation or other form of legal entity and DOES 1 through 100, inclusive,<br><br>      Defendants. | Case No. CV08-07340 R (FFMx)<br><br>[~~PROPOSED~~] JUDGMENT ON ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>Complaint Filed: September 26, 2008<br><br>Hon.     Manuel L. Real<br>Date:    October 19, 2009<br>Time:   11:00 a.m.<br>Courtroom: 8 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/21401807.1

[PROPOSED] JUDGMENT

The Motion for Summary Judgment of Defendant Time Warner Cable, Inc. ("Defendant") came on for hearing on October 19, 2009 in Courtroom 8 of the above-entitled Court before the Honorable Manuel L. Real.

The Court, having considered the pleadings, documents, evidence, and objections in connection with the Motion, concluded that there is no triable issue of material fact as to Plaintiff's sole Cause of Action. Accordingly, the Court granted Defendant's Motion for Summary Judgment.

**NOW, THEREFORE, IT IS ADJUDGED, ORDERED, AND DECREED:**

Judgment is entered in favor of Defendant Time Warner Cable, Inc., as the prevailing party, and against Plaintiff Arnold Nance. Defendant shall recover costs of suit incurred herein.

Dated: Nov. 4, 2009

_____
The Honorable Manuel L. Real
United States District Judge

Respectfully Submitted by:
MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/_____
    Jason S. Mills
    Attorneys for Defendant
    Time Warner Cable, Inc.